AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

United States of America
v.
Kirill Gordei

Defendant

Case No. 24cr10100

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Kirill Gordei,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Violate the Export Control Reform Act - 50 U.S.C.§§ 4819(a)(1), 4819(a)(2)(A)-(G) and 4819(b)

Smuggling Goods from the United States - 18 U.S.C.§ 554(a)

Conspiracy Against the United States - 18 U.S.C. 371

UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

Date: 04/23/2024

Page Kelly
*Issuing officer's signature*

City and state: Boston, MA

*Printed name and title*

**Return**

This warrant was received on *(date)* ______, and the person was arrested on *(date)* ______
at *(city and state)* ______.

Date: ______

*Arresting officer's signature*

*Printed name and title*