UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 24-10100-MJJ |
| | ) | |
| KIRILL GORDEI, | ) | |
| Defendant. | ) | |

**UNITED STATES' BILL OF PARTICULARS FOR FORFEITURE OF ASSETS**

The United States of America, by and through its attorney, Joshua S. Levy, Acting United States Attorney for the District of Massachusetts, hereby files the following Bill of Particulars for Forfeiture of Assets.

On April 23, 2024, a federal grand jury sitting in the District of Massachusetts returned a three-count Indictment charging defendant Kirill Gordei (the "Defendant"), with Conspiracy to Commit Offenses Against the United States, in violation of 18 U.S.C. § 371 (Count One); Export of Commerce Control Item, in violation of 50 U.S.C. §§ 4819(a)(1), 4819(a)(2)(A)-(G), and 4891(b) (Count Two); and Smuggling Goods from the United States, Aiding and Abetting, in violation of 18 U.S.C. §§ 554(a) and 2 (Count Three).

The Indictment included a Forfeiture Allegation which gave the Defendant notice that the United States intended to seek forfeiture,

(a) pursuant to Title 50, United States Code, Section 4819(d)(1), any property used or intended to be used, in any manner, to commit or facilitate the violation; constituting or traceable to the gross proceeds taken, obtained, or retained, in connection with or as a result of the violation; or constituting an item or technology that is exported or intended to be exported in violation of Title 50, United States Code, Section 4819(a)(2)(A);

(b) pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, that constitutes, or is derived from, proceeds traceable to the commission of the offense;

(c) pursuant to Title 13, United States Code, Section 305(a)(3), any interest in, security of, claim against, or property or contractual rights of any kind in the goods or tangible items that were the subject of the violation; any interest in, security of, claim against, or property or contractual rights of any kind in tangible property that was used in the export or attempt to export that was the subject of the violation; and any property constituting, or derived from, any proceeds obtained directly or indirectly as a result of the violation; and

(d) pursuant to Title 19, United States Code, Section 1595a(d), any merchandise exported or sent from the United States or attempted to be exported or sent from the United States contrary to law, or the proceeds or value thereof, and any property used to facilitate the exporting or sending of such merchandise, the attempted exporting or sending of such merchandise, or the receipt, purchase, transportation, concealment, or sale of such merchandise prior to exportation.

Pursuant to, and without limiting in any manner the Forfeiture Allegation of the Indictment, the United States hereby gives notice that, pursuant to Title 50, United States Code, Section 4819(d), as property used or intended to be used, in any manner, to facilitate a violation of Title 50, United States Code, Section 4819(a), and/or pursuant to Title 19, United States Code, Section 1595a(d), as property used to facilitate, or attempt to facilitate, the exporting or sending of merchandise from the United States contrary to law, it is seeking forfeiture, without limitation, of the following specific property:

(a) the real property located at MEADOWBROOK CONDOMINIUM BLDG. #3, Inc., Unit No. 706, 500 N.E. 12th Avenue, Hallandale, Florida 33009, including all buildings, improvements, fixtures, attachments and easements found therein or thereon, more particularly described as:

> Condominium Unit No. 706, of MEADOWBROOK CONDOMINIUM APARTMENTS, BUILDING #3, a Condominium, according to the Declaration of Condominium thereof, recorded in Official Records Book 5018, Page 218, of the Public Records of Broward County, Florida, and in all amendments thereto, together with its undivided share in the common elements.
>
> Parcel Identification Number: 51-42-22-CD-0540
>
> Subject to taxes for 2022 and subsequent years; covenants, conditions, restrictions, easements, reservations and limitations of record, if any.
>
> Together with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.
>
> Instrument No. 118174435, Recorded on May 27, 2022.

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

By: */s/ Carol E. Head*
LAURA J. KAPLAN
CAROL E. HEAD
Assistant United States Attorneys
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
carol.head@usdoj.gov

Dated: August 20, 2024