UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | Criminal No. 24-10100-MJJ |
| KIRILL GORDEI, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |
| _____ | ) | |

## REPORT IN LIEU OF INITIAL STATUS CONFERENCE
## PURSUANT TO LOCAL RULE 116.5(a)

August 30, 2024

Defendant is charged in an indictment with one count of Conspiracy to Commit Offenses Against the United States, in violation of 18 U.S.C. § 371; one count of Export of a Commerce Control Item, in violation of 50 U.S.C. §§ 4819(a)(1), 4819 (a)(2)(A)-(G) and 4819(b); and one count of Smuggling Goods from the United States, and aiding and abetting, in violation of 18 U.S.C. §§ 554(a) and 2.  Defendant was arraigned by videoconference on July 17, 2024.  I scheduled an initial status conference for August 28, 2024, in Worcester; however, prior thereto, the parties filed a joint memorandum which obviates the need for the conference.  Accordingly, I cancel the initial status conference and report as follows.

**Local Rule 116.5(a)(1) through (4)**

The United States produced automatic discovery on August 13, 2024.  The United States intends to produce additional discovery.  There are no pending discovery requests.  Defendant

needs time to review discovery. The Court has not entered a protective order; the parties reserve the right to seek such an order.

**Local Rule 116.5(a)(5)**

Defendant shall report whether he intends to file pretrial motions pursuant to Fed. R. Crim. P. 12(b) at the interim status conference.

**Local Rule 116.5(a)(6)**

The parties propose that the Government's expert disclosures, if any, shall be due sixty (60) days before trial and Defendant's expert disclosures, if any, shall be due thirty (30) days before trial. I adopt the parties' proposal.

**Local Rule 116.5(a)(7)**

The Court has excluded the period from July 17, 2024 (the date of Defendant's arraignment), through August 28, 2024 (the date of the Initial Status Conference). The parties agree that the period from August 28, 2024, through the Interim Status Conference that I have set, at the request of the parties, for October 11, 2024 should be excluded under the interest of justice provision of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). I will allow that request and enter a separate written order. It appears that zero days are chargeable against the statutory speedy trial clock. See Order of Excludable Delay entered on this date.

**Local Rule 116.5(a)(8)**

An Interim Status Conference will take place in this case on Friday, October 11, 2024 at 9:30 a.m., in Courtroom #1, Fifth Floor, Donohue Federal Building, 595 Main Street, Worcester, Massachusetts. Counsel shall appear by telephone and shall contact my Courtroom Clerk Dawn King, (508.929.9905 or Dawn_King@mad.uscourts.gov) before the conference and provide a landline telephone number at which counsel can be reached.

/ s / David H. Hennessy
David H. Hennessy
United States Magistrate Judge