UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>) Criminal No. 24-10100-MJJ<br>KIRILL GORDEI, )<br>)<br>            Defendant )<br>)<br>_____ ) | |

**REPORT IN LIEU OF INTERIM STATUS CONFERENCE**
**PURSUANT TO LOCAL RULE 116.5(b)**

October 15, 2024

    Defendant is charged in an indictment with one count of Conspiracy to Commit Offenses Against the United States, in violation of 18 U.S.C. § 371; one count of Export of a Commerce Control Item, in violation of 50 U.S.C. §§ 4819(a)(1), 4819 (a)(2)(A)-(G) and 4819(b); and one count of Smuggling Goods from the United States, and aiding and abetting, in violation of 18 U.S.C. §§ 554(a) and 2. Defendant was arraigned by videoconference on July 17, 2024. I scheduled an interim status conference for October 11, 2024, in Worcester; however, prior thereto, the parties filed a joint memorandum which obviates the need for the conference. Accordingly, I cancel the initial status conference and report as follows.

    **Local Rule 116.5(b)(1) through (4)**

    The United States produced automatic discovery on August 13, 2024. The United States intends to produce additional discovery following review of search warrant materials. There are

no pending discovery requests.  Defendant needs time to review discovery. The Court has not entered a protective order; the parties reserve the right to seek such an order.

### Local Rule 116.5(b)(5)

Defendant shall report whether he intends to file pretrial motions pursuant to Fed. R. Crim. P. 12(b) at the final status conference.

### Local Rule 116.5(b)(6)

I have adopted the parties' proposal that the Government's expert disclosures, if any, shall be due sixty (60) days before trial and Defendant's expert disclosures, if any, shall be due thirty (30) days before trial.

### Local Rule 116.5(b)(7)

Defendant shall report at the Final Status Conference whether he intends to raise defenses of insanity, public authority, or alibi.

### Local Rule 116.5(b)(8)

The Court has excluded the period from July 17, 2024 (the date of Defendant's arraignment), through October 11, 2024 (the date of the Interim Status Conference).  The parties agree that the period from October 11, 2024, through the Final Status Conference that I have set, at the request of the parties, for November 26, 2024, should be excluded under the interest of justice provision of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).  I will allow that request and enter a separate written order.  It appears that zero days are chargeable against the statutory speedy trial clock.  See Order of Excludable Delay entered on this date.

### Local Rule 116.5(b)(9)

The parties shall report on plea discussions and the likelihood and length of trial at the Final Status Conference.

**Local Rule 116.5(b)(10)**

A Final Status Conference will take place in this case on Tuesday, November 26, 2024 at 9:15 a.m., in Courtroom #1, Fifth Floor, Donohue Federal Building, 595 Main Street, Worcester, Massachusetts.  Counsel shall appear by telephone and shall contact my Courtroom Clerk Dawn King, (508.929.9905 or Dawn_King@mad.uscourts.gov) before the conference and provide a landline telephone number at which counsel can be reached.

/ s / David H. Hennessy
David H. Hennessy
United States Magistrate Judge