IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KIRILL GORDEI<br><br>    Defendant | Criminal No.  24-10100-MJJ |

**JOINT MEMORANDUM AND STATUS REPORT FOR**
**FINAL STATUS CONFERENCE**

The parties jointly submit this memorandum addressing the issues set out in Local Rule 116.5(c).

1. Plea Negotiations

The parties have engaged in preliminary discussions concerning possible plea disposition and will continue those discussions. However, defendant does not request a Rule 11 hearing at this time.

2. Pretrial Conference Before the District Court

The parties state that the case can be returned to the district judge for an initial pretrial conference, subject to the request below for a dispositive motion deadline.

   A. The parties have produced all discovery they intended to produce but will update their productions as appropriate under the rules.

   B. There are no unresolved discovery disputes at this time.

   C. The parties request that the court set a deadline of March 17, 2025, for the filing of dispositive motions.

D.  The court should enter an order of excludable delay between the final status conference and the initial pretrial conference in the interests of justice.

E.  The government estimates that the trial will require one week.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By:     */s/ Laura J. Kaplan*
         Laura J. Kaplan
         Assistant U.S. Attorney


         KIRILL GORDEI

By:     */s/ William W. Fick*
         William W. Fick
         FICK & MARX LLP

## Certificate of Service

I hereby certify that this document and any attachments filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on February 6, 2025.

*/s/ William Fick*