IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KIRILL GORDEI | No. 1:24-cr-10100-MJJ |

**ASSENTED TO MOTION FOR EXTENSION OF TIME**
**TO FILE DISPOSITIVE MOTIONS**

Defendant Kirill Gordei, with the assent of the government, respectfully requests an extension of time in which to file dispositive motions, through and including April 25, 2025. The extension is requested to accommodate other commitments of undersigned counsel and will not delay orderly progression of the case in light of the November trial date.

Respectfully submitted,

**KIRILL GORDEI**

By his attorney,

*/s/ William Fick*
WILLIAM W. FICK, ESQ. (BBO # 650562)
FICK & MARX LLP
24 Federal Street, 4th Floor
Boston, MA 02110
(857) 321-8360
WFICK@FICKMARX.COM

**Certificate of Service**

I hereby certify that this document and any attachments filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on March 24, 2025.

*/s/ William Fick*