IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KIRILL GORDEI | No. 1:24-cr-10100-MJJ |

**ASSENTED TO MOTION FOR EXTENSION OF TIME**
**TO FILE DISPOSITIVE MOTIONS**

Defendant Kirill Gordei, with the assent of the government, respectfully requests a further extension of time in which to file dispositive motions, through and including May 30, 2025.

The extension is requested to accommodate recent work to complete filings in other cases as well as other professional and personal commitments. Among other things, undersigned counsel just completed a motion to dismiss in *Howitt v. President and Fellows of Harvard College*, No. 1:23-cv-11793-MJJ (D. Mass.); recently filed a reply brief in *United States v. Yu*, No. 23-1585 (1st Cir.); and is working to complete a reply brief in *United States v. Robertson*, No. 24-1475 (1st Cir.) Undersigned counsel also has pre-planned international travel to visit with family from April 30-May 11, 2025. The requested continuance will not delay orderly progression of the case in light of the November 2025 trial date.

Respectfully submitted,

**KIRILL GORDEI**

By his attorney,

    */s/ William Fick*
WILLIAM W. FICK, ESQ. (BBO # 650562)
FICK & MARX LLP
24 Federal Street, 4th Floor

Boston, MA 02110
(857) 321-8360
WFICK@FICKMARX.COM

## Certificate of Service

    I hereby certify that this document and any attachments filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on April 25, 2025.

                                                */s/ William Fick*