IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 24-cr-10100-MJJ |
| ) | |
| KIRILL GORDEI, ) | |
| ) | |
| Defendant ) | |

**ASSENTED TO MOTION FOR EXTENSION OF TIME
TO FILE OPPOSITION**

The United States, with the assent of the Defendant, respectfully requests an extension of time with which to file its Opposition to the Defendant's Motion to Suppress or Alternatively, for a Franks Hearing (Dkt. No. 63), which was filed on June 30, 2025. The United States hereby requests that it's Opposition be due on July 21, 2025. The requested continuance will not delay orderly progression of the case in light of the November 2025 trial date.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: */s/ Timothy H. Kistner*
Timothy H. Kistner
Assistant U.S. Attorney

Date: July 7, 2025

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants on this date.

Dated: July 7, 2025                                 */s/ Timothy H. Kistner*
                                                           Timothy H. Kistner
                                                           Assistant U.S. Attorney