IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 24-cr-10100-MJJ |
| ) | |
| KIRILL GORDEI, ) | |
| Defendant ) | |

**JOINT MOTION FOR CONTINUANCE OF THE
TRIAL DATE AND TO EXCLDUE THE TIME**

The parties hereby respectfully request a continuance of the trial date in *United States v. Gordei*, No. 24-cr-10100-MJJ, currently scheduled to begin on November 17, 2025. As grounds, defense counsel currently has a three-week criminal trial scheduled in the U.S. District Court for the Southern District of New York beginning October 14, 2025, and this will preclude defense counsel's ability to make necessary pretrial filings in this case and effectively prepare for trial on November 17. Neither party has previously requested a continuance of the trial date in this case. The government assents to a continuance.

The parties have consulted with the clerk about the Court's availability, and hereby request a trial date of July 20, 2026.

If the Court should grant the continuance, the parties also move that the time between November 17, 2025 and July 20, 2026 be excluded. This period constitutes 'the reasonable time necessary for effective preparation, taking into account the exercise of due diligence,' 18 U.S.C. § 3161(h)(7)(B)(iv), and the parties request that this Court find that the ends of justice served by

excluding the period of this continuance outweigh the best interest of the public and the defendant in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

| | |
|---|---|
| KIRILL GORDEI<br>By his attorney | LEAH B. FOLEY<br>United States Attorney |
| */s/ William W. Fick*<br>William W. Fick | By: */s/ Timothy H. Kistner*<br>Timothy H. Kistner<br>Assistant U.S. Attorney |

Date:  September 23, 2025

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants on this date.

Dated: September 23, 2025                    */s/ Timothy H. Kistner*
                                             Timothy H. Kistner
                                             Assistant U.S. Attorney