IN  THE  UNITED  STATES  DISTRICT  COURT
FOR  THE  DISTRICT  OF  MASSACHUSETTS

UNITED STATES OF AMERICA

v.

KIRILL GORDEI

No.  1:24-cr-10100-MJJ

## MOTION CONTINUE TRIAL

Defendant Kirill Gordei respectfully moves to continue the trial in this case, currently scheduled to begin on July 20, 2026, for at least 30 days due to its proximity to the rescheduled trial in *United States v. Sadeghi*, No. 1:24-cr-10391-IT, where undersigned counsel also represents the defendant. In support of this motion, undersigned counsel states:

1.      The trial in this case is currently set to begin on July 20, 2026. The Final Pretrial Conference is in this case is scheduled for July 9, 2026.

2.      Mr. Gordei is not in custody and has been fully compliant with release conditions.

3.      *Sadeghi* involves allegations that the defendant, an Iranian-American engineer, unlawfully exported navigation technology to Iran. The *Sadeghi* trial had had been set to begin on March 19, 2026. However, after the outbreak of war between the United States and Iran at the beginning of March, the Court continued that trial to June 22, 2026.

4.      Mr. Sadeghi is in custody and his trial is now expected to proceed as currently scheduled on June 22, 2026, lasting approximately 3 weeks, through July 10, 2026.

5.      The *Sadeghi* trial conflicts with the Final Pretrial Conference in this case and, as a practical matter, will make it impossible for undersigned counsel to complete pretrial filings and prepare for the trial in this case with sufficient diligence and attention.

6.    The parties have discussed and are continuing to discuss a potential resolution of this case, but have not reached any agreement at this time.

7.    The government states that it does not agree to a continuance given that the trial was previously continued to the currently-scheduled date in order to accommodate undersigned counsel's schedule.[1]

WHEREFORE, the Court should continue the trial in this case for a least 30 days to a new date convenient to the Court and counsel.

Respectfully submitted,

**KIRILL GORDEI**

By his attorney,

*/s/ William Fick*
WILLIAM W. FICK, ESQ. (BBO # 650562)
FICK & MARX LLP
24 Federal Street, 4th Floor
Boston, MA 02110
(857) 321-8360
WFICK@FICKMARX.COM

## Local Rule 7.1(a)(2) Certification

I, William Fick, certify that undersigned counsel conferred in good faith with counsel for the government in an effort to resolve or narrow the issues described herein.

*/s/ William Fick*

## Certificate of Service

I hereby certify that this document and any attachments filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on June 4, 2026.

*/s/ William Fick*

---

[1] While it is true that the current trial date was set, *at the parties' joint request*, due to a conflict last fall with a trial undersigned counsel defended in the Southern District of New York, *see* D.E. 72, undersigned counsel could not at that time have anticipated that a war would cause the Sadeghi trial to be continued to late June.