UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal No. 24-cr-10100-MJJ |
| KIRILL GORDEI, | ) ) | |
| Defendant. | ) ) | |

**STIPULATION OF THE PARTIES
REGARDING CERTAIN PRETRIAL DEADLINES**

On June 9, 2026, the court issued an Amended Order Setting Criminal Jury Trial (the "Amended Order"), Dkt. No. 79, in the above-captioned matter. Among other things, the Amended Order sets forth certain pretrial deadlines. The parties, after consultation with each other, hereby stipulate to earlier deadlines with respect to certain of the pretrial deadlines, as described herein:

1. By **July 16, 2026**, the government shall disclose to the defendant Exculpatory Information, Prior Bad Act Evidence, Witnesses, Witness Statements, and Exhibits, as described in the Amended Order. *See* Amended Order, 2(a)-(e).

2. By **July 30, 2026**, the parties shall filed proposed voir dire questions, proposed jury instructions, and any motions in limine with supporting materials, as described in the Amended Order. *See* Amended Order, 3(a).

3. By **August 6, 2026**, the parties shall file responses to any motions in limine and any objections to the other party's proposed voir dire questions and jury instructions, as described in the Amended Order. *See* Amended Order, 3(b).

4.      By **July 30, 2026**, the defendant shall disclose to the government Witnesses, Witness Statements, and Exhibits, as described in the Amended Order. *See* Amended Order, 4(a)-(c).

5.      The parties shall prepare and file no later than **August 6, 2026**, Stipulated Facts, Exhibits, Witnesses, Trial Brief, Courtesy Copies of all exhibits, and the names, addresses, and telephone numbers of trial counsel. *See* Amended Order, 5(a)-(f).

Respectfully submitted,

| | |
|---|---|
| KIRILL GORDEI | LEAH B. FOLEY |
| By his Attorney | United States Attorney |

| | | |
|---|---|---|
| */s/ William Fick* | By: | */s/ Timothy H. Kistner* |
| William Fick | | Timothy H. Kistner |
| | | Christopher Looney |
| | | Assistant U.S. Attorneys |

Date:   June 15, 2026

2

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants on this date.

Date: June 15, 2026

/s/ Timothy H. Kistner
Timothy H. Kistner
Assistant U.S. Attorney