UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal No. 24-cr-10100-MJJ |
| KIRILL GORDEI, | ) ) | |
| Defendant. | ) | |

**GOVERNMENT'S WITNESS LIST**

The United States respectfully submits this list of witnesses it anticipates calling in its

case-in-chief. The United States reserves the right to supplement or amend this list.

1. Jon Bentsen – Bureau of Industry and Security, U.S. Department of Commerce

2. Janire Bravo – Chicago, Illinois

3. Damond Deschamps – Chicago, Illinois

4. John Diffley – U.S. Department of Homeland Security, Homeland Security Investigations

5. William George – Tucson, Arizona

6. Lina Hassan – Bureau of Industry and Security, U.S. Department of Commerce

7. William McCarthy III – Waltham, Massachusetts

8. Kenneth Meyerson – Transportation Security Administration, Department of Homeland Security

9. Luke Moderhack – Bureau of Industry and Security, U.S. Department of Commerce

10. Frank Trevino – Bureau of Industry and Security, U.S. Department of Commerce

11. Andrew Verlander – Marlton, New Jersey

Respectfully submitted,

LEAH B. FOLEY

By:    */s/ Chris Looney*
       TIMOTHY KISTNER
       CHRISTOPHER LOONEY
       Assistant U.S. Attorneys

## CERTIFICATE OF SERVICE

I certify that I filed this document via the CM/ECF system on August 7, 2026, which

caused the document to be electronically served on all counsel of record.

*/s/ Chris Looney*
CHRISTOPHER LOONEY

August 7, 2026

2