**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| v. | ) | Criminal Action No. 24-10100-MJJ |
| KIRILL GORDEI, | ) | |
| Defendant. | ) | |

**VERDICT FORM**

**COUNT 2:** **Violation of the Export Control Reform Act (ECRA)**
**50 U.S.C. §§ 4819(a)(1), 4819(a)(2)(A)–(G) and 4819(b)**

1. As to Count 2, we, the jury, unanimously find the defendant, Kirill Gordei:

   Not Guilty _____ Guilty ✓

*If you answered "Guilty" to Question 1, proceed to Question 2. If you answered "Not Guilty" to Question 1, skip to Question 3 on next page.*

2. As to Count 2, we, the jury, unanimously find that venue is appropriate in Massachusetts:

   No _____ Yes ✓

*Proceed to Question 3 on next page.*

**<u>COUNT 3</u>: Smuggling Goods from the United States**
**18 U.S.C. §§ 554(a) and 2**

3. As to Count 3, we, the jury, unanimously find the defendant, Kirill Gordei:

   Not Guilty _____ Guilty ✓

*If you answered "Guilty" to Question 3, proceed to Question 4. If you answered "Not Guilty" to Question 3, skip to Question 5 on next page.*

4. As to Count 3, we, the jury, unanimously find that venue is appropriate in Massachusetts:

   No _____ Yes ✓

*Proceed to Question 5 on next page.*

**COUNT 1:** **Conspiracy**
**18 U.S.C. § 371**

5. As to Count 1, we, the jury, unanimously find the defendant, Kirill Gordei:

   Not Guilty _____ Guilty __✓__

*If you answered "Guilty" to Question 5, proceed to Question 6. If you answered "Not Guilty" to Question 5, go to end to sign and date the form.*

6. As to Count 1, we, the jury, unanimously find that venue is appropriate in Massachusetts:

   No ____ Yes __✓__

*Your deliberations are complete. The foreperson will sign the Verdict Form and notify the Marshal in writing that the jury has reached a verdict but do not reveal your verdict to the Marshal. The jury will then be invited to the courtroom to return its verdict.*

**I certify that the foregoing is the unanimous verdict of the jury.**

**FOREPERSON:** [signature] **DATE:** 9/22/26